**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GLYNDA LAKE

    Plaintiff,

vs.                                          CASE NO. 3:04-cv-1059-J-HTS

JO ANNE B. BARNHART,
Commissioner of the Social
Security Administration,

    Defendant.

_____

**O R D E R**

This cause is before the Court on the Application for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act (Doc. #26; Application). Defendant has no objection to the amount sought in the Application. Defendant's Response to Plaintiff's Motion for Attorney's Fees (Doc. #28; Response) at 2.[1]

A total of 21.4 hours were expended in the representation of Plaintiff before the Court. Affidavit of Attorney's Time (Doc. #25) at 3; *see also* Application at 2. Plaintiff seeks a total payment of $3,296.19 in fees. Application at 2. This is based on an hourly rate of $149.22 for 5.25 hours expended in 2004, and $155.59 per hour for 16.15 hours of work performed in 2005. *Id.*

---

[1] The Response indicates no objection to the amounts sought by Claimant although the grand total set out reflects a slight typographical error.

Having reviewed the Application and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Thus, in light of the parties' agreement, Plaintiff may reasonably be awarded $3,296.19 in attorney fees.[2]

Accordingly, the Application (Doc. #26) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $3,296.19.

**DONE AND ORDERED** at Jacksonville, Florida this 20th day of December, 2005.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any

---

[2] The Court notes the total fee sought by Plaintiff is less than the amount allowed under the Equal Access to Justice Act, 28 U.S.C. § 2412, accounting for adjustments due to an increase in the cost of living. *See id.* § 2412(d)(2)(A). For the purpose of determining the rate of inflation, the Court viewed http://data.bls.gov/cgi-bin/cpicalc.pl (last visited December 19, 2005).